IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-514-FL

| | |
|---|---|
| DONNELL SAWYER, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| DAVID P. MATTHEWS, LIZZY SANTIAGO, JULIE RHOADES, WILLIAM N. RILEY, JAMIE R. KENDALL, AND PRICE WAICUKOUSKI & RILEY, LLC, an Indiana limited liability company, | ) |
| Defendants. | ) |

This matter is before the court on Plaintiff's motion to seal certain medical information provided by Plaintiff in support of his amended motion to appoint counsel, the motion having been referred to the undersigned by United States District Judge Louise W. Flanagan. Plaintiff's motion to seal was publicly filed on October 12, 2016, and the public has had notice of Plaintiff's request and a reasonable opportunity to challenge the request.

The court has weighed the appropriate competing interests and considered less drastic alternatives to sealing the medical information submitted by Plaintiff. Due to the sensitive and confidential nature of the information provided, the purpose for which it was submitted, the absence of any objection following public notice of Plaintiff's request, and the lack of public interest in such information, the court

hereby GRANTS Plaintiff's motion [DE #26]. The clerk is DIRECTED to place the following filings under seal:

1. Exhibits 1 & 3 to Plaintiff's Amended Motion to Appoint Counsel [DE #25-1 & #25-3]; and

2. Letter filed in support of Plaintiff's Amended Motion to Appoint Counsel [DE #27].

This 28th day of December 2016.

KIMBERLY A. SWANK
United States Magistrate Judge