IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DONNELL SAWYER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 5:15-CV-514-FL |
| DAVID P. MATTHEWS, et al., | ) ) ) | |
| Defendants. | ) | |

- - - - - - -

| | | |
|---|---|---|
| DONNELL SAWYER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 5:17-CV-288-FL |
| DAVID P. MATTHEWS, et al., | ) ) ) | |
| Defendants. | ) | |

ORDER

These matters are before the court on plaintiff's motions for voluntary dismissal filed in case number 5:15-CV-514-FL (the "514 case") (DE 80, 81). For good cause shown, plaintiff's motions for voluntary dismissal are GRANTED and the 514 case is DISMISSED WITHOUT PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(2). Where these matters were commenced by identical complaints, and where the grounds for voluntary dismissal pertain equally to case number 5:17-CV-288-FL (the "288 case"), the court construes plaintiff's motions for voluntary dismissal as having been filed in the 288 case, and the court DIRECTS the clerk to file plaintiff's motions also

in the 288 case. Thereupon, for the same good cause shown, plaintiff's motions for voluntary dismissal are GRANTED and the 288 case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2). The clerk is DIRECTED to close these cases.

SO ORDERED, this the 13th day of December, 2017.

LOUISE W. FLANAGAN
United States District Judge